UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EFRIAN SERRANO,

        Petitioner,

-vs-                                    Case No.  6:12-cv-935-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL,
STATE OF FLORIDA,

        Respondents.
_____

## ORDER OF DISMISSAL

On July 20, 2012, the Court ordered Petitioner to pay the filing fee or submit an Affidavit of Indigency within fourteen days from the date of the Order (Doc. No. 3). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court shall enter judgment dismissing this case without prejudice and is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this ____13th_____ day of August, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 8/13
Efrian Serrano